# CONRAD'S
## Tire Express & Total Car Care

| | | |
|---|---|---|
| Sale Type: C | 32954 WALKER ROAD<br>AVON LAKE, OH 44012<br>(440) 933-6600 | INVOICE NO: a119361<br>WORK ORDER: 6790286<br>12:24 PM 09/21/13<br>SERVICE |
| Cust Num: a | Phone Nos: 440-897-2525 | |
| BRIAN HASSETT<br>32678 ADMIRAL'S WAY<br>AVON LAKE, OH 44012 | Car Model: 2009 Chrysler 300<br>Car Color: BLACK<br>License No: FVF7612 OH<br>V.I.N.: 2C3LA53V69H575103<br>Technician: 3147 Mileage: 63500 | |
| Promised: 09/21/13<br>Writer: PAUL BUSSER<br>Srvc Adv: PAUL BUSSER | | |

```
                                          ---- Price ----              Extended
Line  Qty Product Code & Description      Labor     Parts              Total
-----------------------------------------------------------------------------
           CHECK ALL 4 TIRES, LEFT REAR HAS BEEN LOOSING
           AIR.

 6)     1 FREE BRAKE INSPECTION/ESTIMATE
          BI

          ****************************************************

 8)     1 22560R18    TIGER PAW TOURING  -- Mileage Warranty: 55,000
          21324       BSW 100H                      126.00             126.00

        1 FREE TIRE GUARANTEE PACKAGE
          FTGP                            32.95                         32.95

          Tire mounting, new rubber valve stem (where
          applicable), tire disposal, lifetime wheel
          balance, lifetime rotation, lifetime flat
          repairs, free wheel alignment check and free
          tire replacements for road hazards down to
          3/32 or 3 years whichever comes first.. Reset
          TPMS wheel positioning where applicable.
          Tire DOT Serial Numbers: Y9E4C9UU2713  Qty: 1


          ****************************************************

10)     2 TPMS SENSOR - 12 Mth/12,000 Lbr/24 Mth/24,000 Parts
          4150                            4.90                           9.80

10A     2 NAPECH921129-TPMS SENSOR                  123.89             247.78

          Thank you for choosing Conrads AVON LAKE.

998)    1 OHIO TIRE FEE
          OTF                                         1.00               1.00
```



PLAINTIFF'S EXHIBIT A