# CONRAD'S
## Tire Express & Total Car Care

```
                    32954 WALKER ROAD              INVOICE NO:   a131449
ale Type: C         AVON LAKE, OH 44012            WORK ORDER:   7277558
                      (440) 933-6600                 5:35 PM   11/11/14
                                                     SERVICE
ust Num: a          Phone Nos: 440-897-2525

RIAN HASSETT                       Car Model: 2009 Chrysler 300
2678 ADMIRAL'S WAY                 Car Color: BLACK
                                   License No: FVF7612 OH
VON LAKE, OH   44012               V.I.N. :   2C3LA53V69H575103
                                   Technician:  7036   Mileage:  89054
romised: 11/11/14
  Writer: ROBERT CROW
rvc Adv: ROBERT CROW
```

|  |  |  |  | ----- Price ----- |  | Extended |
|---|---|---|---|---|---|---|
| ine | Qty | Product Code & Description | Labor | Parts | Ext Disc | Total |
| 1) | 1 | LUBE, OIL & FILTER - GOOD | | | | |
|  |  | 7704 | 10.00 | 14.95 | | 19.95 |
|  |  | $5 OFF OIL CHANGE | -5.00 | | | |

```
                     |_| Lube steering components where applicable
                     |_| Inspect appropriate fluids and advise
                     |_| Lube all door hinges
                     |_| Set air pressure in tires
                     |_| Install reminder sticker on windshield
                     |_| Reset Oil Service Light where applicable
```

| 1A | 1 | NAPSFI27060MP-PRO SELECT OIL FILTER | | | | |
| 2) | 4 | TIRE ROTATION - AUTO (EACH) | | | | |
|  |  | 4861 | 3.50 | | | .00 |
|  |  | TIRE ROTATION - FREE (EACH) | -3.50 | | | |
| 3) | 1 | TOTAL TIRE REPAIR - Lifetime Labor & Parts | | | | |
|  |  | TTR | 19.95 | | | .00 |
|  |  | FREE TOTAL TIRE REPAIR | -19.95 | | | |

```
             L/F,,,L/R TIRES ARE LEAKING...CHECK AND ADVISE

         *******************************************

             CHECK TPMS SENSORE FOR CORROSION..ADVISE
```

| 14) | 1 | TPMS SENSOR - 12 Mth/12,000 Lbr/24 Mth/24,000 Parts | | | | |
|  |  | 4150 | 19.95 | | | 9.95 |
|  |  | $10 OFF ANY SERVICE OVER $100 | -10.00 | | | |
|  |  | TPMS SENSOR | | | | |
| 14B | 1 | 058258-TPMS SENSOR | | 89.95 | | 89.95 |

```
             TODAY WE PREFORMED A FULL SERVICE OIL/FILTER
             CHANGE AND TIRE ROTATION. WE TOPPED OFF ALL
```


PLAINTIFF'S EXHIBIT B



**CONRAD'S**
*Tire Express & Total Car Care*

32954 WALKER ROAD
AVON LAKE, OH 44012
(440) 933-6600

ale Type: C

PAGE 2
INVOICE NO: a131449
WORK ORDER: 7277558
5:35 PM    11/11/14
SERVICE

```
                              ----- Price -----              Extended
ine  Qty Product Code & Description   Labor      Parts    Ext Disc    Total
```

```
                    FLUIDS AND SET TIRE PRESSURES...

                    ***********************************************

                    WE FOUND BOTH RIMS TO HAVE RIM LEAKS CLEANED
                    AND RESEALED. RECHECKED FOUND TPMS SENSOR TO
                    BE LEAKING. ADVISED CUSTOMER REPLACED TPMS
                    SENSOR RECHECKED OK NOW...

                    ***********************************************

                    TPMS SYSTEM WILL RELEARN IT SELF. TPMS LIGHT
                    WILL BE ON FOR ABOUT 20 MILES OR SO UNTIL
                    SYSTEM LEARNS POSITION. TPMS WILL RESET ITSELF
                    LIGHT ON UNTIL IT RESETS.....
                    TPMS SENSOR CORRODED LEAKING AIR. SEVERE
                    CORROSION...

                    ***********************************************

                    Thank you for choosing Conrads
```

```
                                        Parts:            104.90
                                        Labor:             14.95
                           Rewards Certificates:           25.00CR
                               Shop Supply Fee:             8.54
                            6.50 % Sales Tax:               6.72
                                                        ---------
Invoiced by: Jeremy D. Vince            Invoice Total:    110.11

                 Amount Paid: MASTRCRD/VISA/DISCVR         110.11
                                                        ---------
                                          Balance Due:      .00
```

CUSTOMER ACKNOWLEDGES RECEIPT OF VEHICLE AND ACCEPTANCE OF
LIMITED WARRANTY STATED ON REVERSE SIDE

Signature: _____        Print Name: HASSETT

IF YOU ARE NOT 100% SATISFIED, CALL Kevin P. McCall,
THE STORE LEADER, AT (440) 933-6600.