# SUBURBAN
## make the choice

**Suburban Chrysler Dodge Jeep Ram of Troy**
1790 Maplelawn
Troy, MI 48084
Phone: 248.585.8800
Fax: 248.519.9431
www.suburbancollection.com
Facility Code F-162115

| CUSTOMER NO. | ADVISOR | | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 155485 | DAVID MILLER | 12183 | 9091 | 01/29/15 | CHCS133165 |

| | LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|---|
| EDWARD LENNON | | | 107,772 | /SPORT | |
| 128 N GLENGARRY RD | YEAR / MAKE / MODEL | | | DELIVERY DATE | DELIVERY MILES |
| BLOOMFIELD HILLS, MI 48301 | 08/JEEP/COMMANDER/4WD SPORT | | | | |
| | VEHICLE I.D. NO. | | | SELLING DEALER NO. | PRODUCTION DATE |
| | 1J8HG48K18C159091 | | | | |
| | F.T.E. NO. | P.O. NO. | | R.O. DATE | |
| | | | | 01/28/15 | |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | REPAIRS PROPERLY COMPLETED & CHECKED BY | MILEAGE OUT |
|---|---|---|---|---|
| 313-268-9872 | | | X | MO: 107773 |

---

**JOB# 1 CHARGES**

LABOR
J# 1 08CHZ        ELECTRICAL             TECH(S):12105                    0.00
  CUSTOMER STATES THAT PASS REAR TIRE IS LOW, BUT ALSO HAS
  BEEN HAVE PROBLEM WITH TIRE SENSOR SYSTEM LAMP BEING ON FOR
  SEVERAL YEARS
  all tires low
  low tire pressure adjust pressures

PARTS---QTY---FP-NUMBER---------------DESCRIPTION----------------UNIT PRICE----
       4     56029481-AB              SENSOR TI 08037155             90.79     363.16
                                                        TOTAL - PARTS          363.16

JOB# 1 TOTALS
                                                                 PARTS         363.16
                            JOB# 1 JOURNAL PREFIX CHCS  JOB# 1 TOTAL           363.16

**JOB# 2 CHARGES**

LABOR
J# 2 18CHZ        DRIVEABILITY           TECH(S):12105                  115.25
  CUSTOMER STATES THAT MIL LAMP IS ON AND LIGHTING BOLT LAMP
  WAS ON
  update all modules 1.0

PARTS---QTY---FP-NUMBER---------------DESCRIPTION----------------UNIT PRICE----
       1     68048953-AB              ANTIFREEZ 01081004             27.80      27.80
                                                        TOTAL - PARTS           27.80

JOB# 2 TOTALS
                                                                 LABOR         115.25
                                                                 PARTS          27.80
                            JOB# 2 JOURNAL PREFIX CHCS  JOB# 2 TOTAL           143.05

**JOB# 3 CHARGES**

LABOR
J# 3 13CHZ        ENGINE COOLING         TECH(S):12105                  173.74
  CUSTOMER STATES THAT TRUCK WILL NOT WARM UP
  leaking
  replace water pump 1.5

PARTS---QTY---FP-NUMBER---------------DESCRIPTION----------------UNIT PRICE----
       1     53022189-AG              PUMP WATE 07042001            198.00     198.00
                                                        TOTAL - PARTS          198.00

JOB# 3 TOTALS
                                                                 LABOR         173.74
                                                                 PARTS         198.00
                            JOB# 3 JOURNAL PREFIX CHCS  JOB# 3 TOTAL           371.74

**JOB# 4 CHARGES**

LABOR

---

**LIMITED WARRANTY**

We guarantee our service work for 12 months or 12,000 miles, whichever comes first. If our repair or replacement fails in normal service within that period, we'll fix it free of charge during normal business hours - parts and labor.

**ATTENTION**

"This repair facility charges for labor utilizing the flat rate hours published either by the manufacturer in its labor time study guide or by a recognized industry time study guide which reflects an average time requirement for the performance of specific vehicle repairs. Therefore, the flat rate hours charged may be either more or less than the actual clock time in any given instance."

**STATEMENT OF DISCLAIMER**

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE
X


PLAINTIFF'S EXHIBIT
C

PAGE 1 OF 3        CUSTOMER COPY        [CONTINUED ON NEXT PAGE]    12:31pm
**SERVICE INVOICE**

SF675357 Q (02/14)