

```
OH NATL TIRE & BAT # 538          * FINAL BILL -INVOICE**              Page    1
27401 CHARDON RD                  Invoice#  80984560 - RI
WILLOGHBY HILLS OH 44092          Order Num 54629639 - WI
(440)944-6644                     Date/Time In........ 02/13/15 14:12:33
                                  Date/Time Promised.. 02/13/15 17:24:35


                                  2010 CHRYSLER TOWN & COUNT
                                  Tag: EYG7463  St: OH  Mileage:      81230
                                  Engine:_____   VIN# 2A4RR8DX6AR321514
-------------------------------------------------------------------------------
Customer: 38033943 PO#:                  Ship To:
ROSIPKO    JACKIE
6770 GAR HIGHWAY
MOUTVILLE OH 44064
Opening Salesperson   32007231       Home#              Work#
Email:
-------------------------------------------------------------------------------
Item Number             Item Description            Qty  Price Each   Extended
-------------------------------------------------------------------------------
BF02722656T             BFG Advantage T/A GO          4    153.99      615.96
DOT #:BF42 A711   4114 4
            24615   225/65R16 100T,24615
                    75,000

Ohio Excise Fee         Ohio Excise Fee                    4.00         4.00
Tire Disposal Charge    Tire Disposal Charge              12.00        12.00
SCT                     Tire Install Service         4    16.99        67.96
SBS                     ONE TIME WHEEL BALANCE       4
KMTSL                   MOUNT AND INSTALL            4
                    32011855   RANDLE, ROBERT

LTRF                    LIFE OF TIRE TIRE ROTATE SVC 4
TPMSR                   TPMS RESET WHEN APPLICABLE   4
TPMSX                   Keep Existing TPMS Service Ki 4
SCRoadHazard            ROAD HAZARD WARRANTY         4    23.10        92.40
LBu                     LIFE OF TIRE WHEEL BALANCE   4     8.00        32.00
                        LIFE OF TIRE FLAT REPAIR
WA1                     1 YR WHEEL ALIGNMENT PROGRAM 1   124.99       124.99
                    32005665   SMITH, ROOSEVELT

ptsc1                   COMPLETE PACKAGE             1-
PA                      Price Adjustment             1-
2Free                   Buy 2 tires, get 2 FREE      1-   307.98       307.98-
                        Ineligible for TIRE rebate
VQC                     VEHICLE QUICK CHECK          1
CUSTOMER WANTS BEST 3 TIRES BACK
RECFRBRK                RECOMMEND FRONT BRAKES       1
7004                    TPMS SENSOR UNIV 433 MHZ     1    65.00        65.00
                        7004
1050K                   TPMS REPAIR KIT              2     7.99        15.98
                        1050K
XPCAF                   CABIN AIR FILT               1    30.99        30.99
                        New
                    32011855   RANDLE, ROBERT

BOC                     Basic Oil Change             1    19.99        19.99
                        UP TO 6 QUARTS OIL
Oil Disposal Fee        Oil Disposal Fee                   3.00         3.00
27060                   OIL FILTER           NEW     1
                        SFI27060MP
AQB10W30                BOTTLE QT 10W30 CONVENTIONAL  6
                        797578 VALVOLINE PREM CONVEN
ROTN                    TIRES WERE NOT ROTATED       1
                        LUBE CHASIS AS REQUIRED
VISA                    Visa                                          856.00-
                        CARD NUMBER         APPR 02929B


IF  YOU HAVE A QUESTION OR CONCERN PLEASE SPEAK
TO OUR STORE MANAGER, MITCHELL A. PHILLIPS
AT (440) 944-6644
```



OH NATL TIRE & BAT # 538  
27401 CHARDON RD  
WILLOGHBY HILLS OH 44092  
(440)944-6644

* FINAL BILL -INVOICE**  Page   2  
Invoice#  80984560 - RI  
Order Num 54629639 - WI  
Date/Time In........ 02/13/15 14:12:33  
Date/Time Promised.. 02/13/15 17:24:35

2010 CHRYSLER TOWN & COUNT  
Tag: EYG7463  St: OH  Mileage:     81230  
Engine:_____  VIN# 2A4RR8DX6AR321514

---

Customer: 38033943 PO#:              Ship To:  
ROSIPKO    JACKIE

Opening Salesperson   32007231      Home#  ▇▇▇▇▇▇▇▇   Work#  
Email:

---

Item Number            Item Description                Qty   Price Each   Extended

---

Special Credit:  
Total Charges..   1,080.27  
Total Credits..     307.98-  
Sub-Total......     772.29  
New Tire Fees**       4.00  
Shop Fees(*)         23.70  
All Taxes......      56.01  
Payments.......     856.00-

Net Amount.....        .00  
PLEASE PAY ABOVE AMOUNT.  
THANK YOU! Closer:3200723۱

I have received the goods and services as represented on this invoice. If this is a credit card purchase I agree to pay and comply with the cardholders agreement with the issuer.  *This charge represents costs and profits to the vehicle repair facility for miscellaneous Shop Supply or Waste Disposal.  
            Customer Signature_____

PLEASE SEE REVERSE SIDE FOR WARRANTY,TERMS, CONDITIONS AND OTHER IMPORTANT INFORMATION            CUSTOMER COPY

```
NTW, INC.
WILLOGHBY HILLS OH
27401 CHARDON RD
WILLOGHBY HILLS        OH 44092
Telephone: 440 944-6644

Store #:              538
Merchant #: 0002 306625005388 001
Invoice #: 80984560 RI 02/13/15 05:24 PM

Account #:  XXXXXXXXXXXX
Type:       Visa

Reference #: 00000009
Batch #:       044001
Auth #:        02929B

Sale Amount: $   856.00

I agree to pay above total amount
according to card issuer agreement.


_____ROSIPKO/JACQUELYNN_____
```