

```
OH NATL TIRE & BAT # 538            * FINAL BILL -INVOICE**           Page   1
27401 CHARDON RD                    Invoice#   81023927 - RI
WILLOGHBY HILLS OH 44092            Order Num 54680209 - WI
(440)944-6644                       Date/Time In........ 02/16/15 18:00:34
                                    Date/Time Promised.. 02/16/15 18:19:54


                                    2010 CHRYSLER TOWN & COUNT
                                    Tag: EYG7463   St: OH  Mileage:      81343
                                    Engine:_____   VIN# 2A4RR8DX6AR321514
----------------------------------------------------------------------------
Customer: 38033943 PO#:              Ship To:
ROSIPKO   JACKIE
6770 GAR HIGHWAY
MOUTVILLE OH 44064
Opening Salesperson  12911787        Home#                 Work#
Email:
----------------------------------------------------------------------------
Item Number           Item Description        Qty   Price Each   Extended
----------------------------------------------------------------------------
7004                  TPMS SENSOR UNIV 433 MHZ   1       65.00       65.00
                      7004
repl rf tpms sensor
we repl lr tpms sens last week
MASTERCARD            MasterCard
                      CARD NUMBER         APPR B79654              76.51-


IF  YOU HAVE A QUESTION OR CONCERN PLEASE SPEAK
TO OUR STORE MANAGER, MITCHELL A. PHILLIPS
AT (440) 944-6644
```

```
                                              Special Credit:
                                              Total Charges..      65.00
                                              Total Credits..        .00
                                              Sub-Total......      65.00
                                              New Tire Fees**        .00
                                              Shop Fees(*)          6.50
                                              All Taxes......       5.01
                                              Payments.......      76.51-

                                              Net Amount.....        .00
                                              PLEASE PAY ABOVE AMOUNT.
                                              THANK YOU! Closer:12911787
```

I have received the goods and services as represented on this invoice. If this is a credit card
purchase I agree to pay and comply with the cardholders agreement with the issuer. *This charge
represents costs and profits to the vehicle repair facility for miscellaneous Shop Supply or
Waste Disposal.     Customer Signature_____

PLEASE SEE REVERSE SIDE FOR WARRANTY,TERMS, CONDITIONS AND OTHER IMPORTANT INFORMATION    CUSTOMER COPY

```
NTW, INC.
WILLOGHBY HILLS OH
27401 CHARDON RD
WILLOGHBY HILLS            OH 44092
Telephone: 440 944-6644

Store #:             538
Merchant #: 0002 306625005388 001
Invoice #: 81023927 RI 02/16/15 06:19 PM

Account #: XXXXXXXXXXX
Type:      MasterCard

Reference #: 00000019
Batch #:     047001
Auth #:      B79654

Sale Amount: $    76.51

I agree to pay above total amount
according to card issuer agreement.


─────ROSIPKO/JACQUELYNN C─────────────
```