# CONRAD'S
## Tire Express & Total Car Care

```
                        32954 WALKER ROAD           INVOICE NO:   a119361
Sale Type: C            AVON LAKE, OH 44012         WORK ORDER:   6790286
                        (440) 933-6600              12:24 PM      09/21/13
                                                    SERVICE
Cust Num: a                                 Phone Nos:

BRIAN HASSETT                               Car Model: 2009 Chrysler 300
32678 ADMIRAL'S WAY                         Car Color: BLACK
                                            License No: FVF7612 OH
AVON LAKE, OH  44012                        V.I.N.: 2C3LA53V69H575103
                                            Technician:  3147   Mileage:  63500
Promised: 09/21/13
   Writer: PAUL BUSSER
  Srvc Adv: PAUL BUSSER
```

|  |  |  | ---- Price ---- | | Extended |
|---|---|---|---|---|---|
| Line | Qty | Product Code & Description | Labor | Parts | Total |

```
                CHECK ALL 4 TIRES, LEFT REAR HAS BEEN LOOSING
                AIR.

  6)    1  FREE BRAKE INSPECTION/ESTIMATE
          BI

          ***************************************************

  8)    1  22560R18    TIGER PAW TOURING   -- Mileage Warranty: 55,000
          21324        BSW 100H                       126.00             126.00

       1  FREE TIRE GUARANTEE PACKAGE
          FTGP                            32.95                           32.95

          Tire mounting, new rubber valve stem (where
          applicable), tire disposal, lifetime wheel
          balance, lifetime rotation, lifetime flat
          repairs, free wheel alignment check and free
          tire replacements for road hazards down to
          3/32 or 3 years whichever comes first.. Reset
          TPMS wheel positioning where applicable.
          Tire DOT Serial Numbers: Y9E4C9UU2713  Qty: 1


          ***************************************************

 10)    2  TPMS SENSOR - 12 Mth/12,000 Lbr/24 Mth/24,000 Parts
          4150                            4.90                             9.80

 10A    2  NAPECH921129-TPMS SENSOR                  123.89              247.78

                Thank you for choosing Conrads AVON LAKE.

998)    1  OHIO TIRE FEE
          OTF                                          1.00                1.00
```