# Conrad's Tire Express & Total Car Care

32954 WALKER ROAD
AVON LAKE, OH 44012
(440) 933-6600

INVOICE NO: a131449
WORK ORDER: 7277558
5:35 PM   11/11/14
SERVICE

Sale Type: C

Cust Num: a

BRIAN HASSETT
32678 ADMIRAL'S WAY
AVON LAKE, OH 44012

Promised: 11/11/14
Writer: ROBERT CROW
Srvc Adv: ROBERT CROW

Phone Nos: [redacted]

Car Model: 2009 Chrysler 300
Car Color: BLACK
License No: FVF7612 OH
V.I.N.: 2C3LA53V69H575103
Technician: 7036   Mileage: 89054

| Line | Qty | Product Code & Description | Labor | Parts | Ext Disc | Extended Total |
|---|---|---|---|---|---|---|
| 1) | 1 | LUBE, OIL & FILTER - GOOD | | | | |
| | | 7704 | 10.00 | 14.95 | | 19.95 |
| | | $5 OFF OIL CHANGE | -5.00 | | | |

|_| Lube steering components where applicable
|_| Inspect appropriate fluids and advise
|_| Lube all door hinges
|_| Set air pressure in tires
|_| Install reminder sticker on windshield
|_| Reset Oil Service Light where applicable

| Line | Qty | Product Code & Description | Labor | Parts | Ext Disc | Extended Total |
|---|---|---|---|---|---|---|
| 1A | 1 | NAPSFI27060MP-PRO SELECT OIL FILTER | | | | |
| 2) | 4 | TIRE ROTATION - AUTO (EACH) | | | | |
| | | 4861 | 3.50 | | | .00 |
| | | TIRE ROTATION - FREE (EACH) | -3.50 | | | |
| 3) | 1 | TOTAL TIRE REPAIR - Lifetime Labor & Parts | | | | |
| | | TTR | 19.95 | | | .00 |
| | | FREE TOTAL TIRE REPAIR | -19.95 | | | |

L/F,,,L/R TIRES ARE LEAKING...CHECK AND ADVISE

*********************************************

CHECK TPMS SENSORE FOR CORROSION..ADVISE

| Line | Qty | Product Code & Description | Labor | Parts | Ext Disc | Extended Total |
|---|---|---|---|---|---|---|
| 4) | 1 | TPMS SENSOR - 12 Mth/12,000 Lbr/24 Mth/24,000 Parts | | | | |
| | | 4150 | | 19.95 | | 9.95 |
| | | $10 OFF ANY SERVICE OVER $100 | -10.00 | | | |
| | | TPMS SENSOR | | | | |
| 4B | 1 | 058258-TPMS SENSOR | | 89.95 | | 89.95 |

TODAY WE PREFORMED A FULL SERVICE OIL/FILTER
CHANGE AND TIRE ROTATION. WE TOPPED OFF ALL

# CONRAD'S
## Tire Express & Total Car Care

Sale Type: C

32954 WALKER ROAD
AVON LAKE, OH 44012
(440) 933-6600

PAGE 2
INVOICE NO: a131449
WORK ORDER: 7277558
5:35 PM  11/11/14
SERVICE

| Line | Qty | Product Code & Description | Labor | Parts | Ext Disc | Extended Total |
|---|---|---|---|---|---|---|

FLUIDS AND SET TIRE PRESSURES...

**********************************************

WE FOUND BOTH RIMS TO HAVE RIM LEAKS CLEANED AND RESEALED. RECHECKED FOUND TPMS SENSOR TO BE LEAKING. ADVISED CUSTOMER REPLACED TPMS SENSOR RECHECKED OK NOW...

**********************************************

TPMS SYSTEM WILL RELEARN IT SELF. TPMS LIGHT WILL BE ON FOR ABOUT 20 MILES OR SO UNTIL SYSTEM LEARNS POSITION. TPMS WILL RESET ITSELF LIGHT ON UNTIL IT RESETS.....
TPMS SENSOR CORRODED LEAKING AIR. SEVERE CORROSION...

**********************************************

Thank you for choosing Conrads

---

|  |  |
|---|---|
| Parts: | 104.90 |
| Labor: | 14.95 |
| Rewards Certificates: | 25.00CR |
| Shop Supply Fee: | 8.54 |
| 6.50 % Sales Tax: | 6.72 |
| Invoice Total: | 110.11 |
| Amount Paid: MASTRCRD/VISA/DISCVR | 110.11 |
| Balance Due: | .00 |

Invoiced by: Jeremy D. Vince

CUSTOMER ACKNOWLEDGES RECEIPT OF VEHICLE AND ACCEPTANCE OF
LIMITED WARRANTY STATED ON REVERSE SIDE

Signature: _____    Print Name: HASSETT

IF YOU ARE NOT 100% SATISFIED, CALL Kevin P. McCall,
THE STORE LEADER, AT (440) 933-6600.