

# SUBURBAN
## make the choice

Suburban Chrysler Dodge Jeep Ram of Troy
1790 Maplelawn
Troy, MI 48084
Phone: 248.585.8800
Fax: 248.519.9431
www.suburbancollection.com
Facility Code F-162115

| CUSTOMER NO. | ADVISOR | | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 155485 | DAVID MILLER | 12183 | 9091 | 01/29/15 | CHCS133165 |

| | LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|---|
| EDWARD LENNON | | | 107,772 | /SPORT | |
| 128 N GLENGARRY RD | YEAR / MAKE / MODEL | | | DELIVERY DATE | DELIVERY MILES |
| BLOOMFIELD HILLS, MI 48301 | 08/JEEP/COMMANDER/4WD SPORT | | | | |
| | VEHICLE I.D. NO. | | | SELLING DEALER NO. | PRODUCTION DATE |
| | 1J8HG48K18C159091 | | | | |
| | F.T.E. NO. | | P.O. NO. | R.O. DATE | |
| | | | | 01/28/15 | |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | REPAIRS PROPERLY COMPLETED & CHECKED BY | MILEAGE OUT |
|---|---|---|---|---|
| ███████ | | | X_____ | MO: 107773 |

```
JOB#  1 CHARGES----------------------------------------------------
LABOR-------------------------------------------------------------
J# 1 08CHZ          ELECTRICAL            TECH(S):12105          0.00
        CUSTOMER STATES THAT PASS REAR TIRE IS LOW, BUT ALSO HAS
        BEEN HAVE PROBLEM WITH TIRE SENSOR SYSTEM LAMP BEING ON FOR
        SEVERAL YEARS
        all tires low
        low tire pressure adjust pressures

PARTS------QTY---FP-NUMBER-------------DESCRIPTION-----------------UNIT PRICE-
           4     56029481-AB           SENSOR TI 08037155              90.79     363.16
                                                          TOTAL - PARTS         363.16

JOB#  1 TOTALS----------------------------------------------------
                                                           PARTS              363.16
                        JOB#  1 JOURNAL PREFIX  CHCS  JOB#  1 TOTAL          363.16

JOB#  2 CHARGES----------------------------------------------------
LABOR-------------------------------------------------------------
J# 2 18CHZ          DRIVEABILITY          TECH(S):12105         115.25
        CUSTOMER STATES THAT MIL LAMP IS ON AND LIGHTING BOLT LAMP
        WAS ON
        update all modules  1.0

PARTS------QTY---FP-NUMBER-------------DESCRIPTION-----------------UNIT PRICE-
           1     68048953-AB           ANTIFREEZ 01081004              27.80      27.80
                                                          TOTAL - PARTS          27.80

JOB#  2 TOTALS----------------------------------------------------
                                                           LABOR              115.25
                                                           PARTS               27.80
                        JOB#  2 JOURNAL PREFIX  CHCS  JOB#  2 TOTAL          143.05

JOB#  3 CHARGES----------------------------------------------------
LABOR-------------------------------------------------------------
J# 3 13CHZ          ENGINE COOLING        TECH(S):12105         173.74
        CUSTOMER STATES THAT TRUCK WILL NOT WARM UP
        leaking
        replace water pump  1.5

PARTS------QTY---FP-NUMBER-------------DESCRIPTION-----------------UNIT PRICE-
           1     53022189-AG           PUMP WATE 07042001             198.00     198.00
                                                          TOTAL - PARTS         198.00

JOB#  3 TOTALS----------------------------------------------------
                                                           LABOR              173.74
                                                           PARTS              198.00
                        JOB#  3 JOURNAL PREFIX  CHCS  JOB#  3 TOTAL          371.74

JOB#  4 CHARGES----------------------------------------------------
LABOR-------------------------------------------------------------
```

### LIMITED WARRANTY

We guarantee our service work for 12 months or 12,000 miles, whichever comes first. If our repair or replacement fails in normal service within that period, we'll fix it free of charge during normal business hours - parts and labor.

### ATTENTION

"This repair facility charges for labor utilizing the flat rate hours published either by the manufacturer in its labor time study guide or by a recognized industry time study guide which reflects an average time requirement for the performance of specific vehicle repairs. Therefore, the flat rate hours charged may be either more or less than the actual clock time in any given instance."

### STATEMENT OF DISCLAIMER

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE
X

PAGE 1 OF 3      CUSTOMER COPY      [CONTINUED ON NEXT PAGE]      12:31pm

**SERVICE INVOICE**

SF675357 Q  (02/14)